IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCIA HEFFERNAN, | |
| Plaintiff, | Case No.: 1:23-cv-07747 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 89 | Vi Anh Dung |
| 107 | DTHHShop |
| 81 | Nguyen Thanh Long 1 |
| 77 | TuXinYu ♥7-15 Days Standard Shipping♥ |
| 78 | XunRui |
| 95 | FYQCY |
| 98 | CANAFA |
| 99 | ♥WYUTX♥ 7-15 Days Delivery Prime Day Deals |
| 101 | Guolarizi |
| 102 | VEFSU |
| 103 | Aipengry 10-15 Days Arrive Prime Day Deals |
| 105 | HuundMGQ |
| 106 | DFooooti |
| 108 | meal-leaf |
| 123 | YYDSES |
| 178 | SEMIMAY INC |
| 180 | Sebtyili INC |
| 179 | chancheng Co.Ltd |
| 181 | CBGELRT Clothing |
| 156 | FLAGWIX LLC |

1

| | |
|---|---|
| 35 | FUSOYUN |
| 189 | HelloQQQ |
| 198 | Apperal PRO |
| 50 | Fstudio |
| 63 | Armanity |
| 134 | SHGUORZ |
| 87 | TAMANSHIPIN |
| 91 | HLRYPGZ |
| 94 | iuuhome |
| 148 | Rich-Metal-Sign |
| 200 | White tiger |
| 192 | BOTE LLC |
| 76 | Fgert |
| 62 | Xichang Trading |
| 166 | wallpaper mural |
| 38 | BrightT |
| 90 | wangshiminghdy |
| 120 | CARQQOFHQI |
| 138 | Gunm llc |
| 190 | Strungten |

DATED:  October 26, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 26, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

>*/s/ Keith A. Vogt*
>Keith A. Vogt